```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 37361
    ESSIE BOGAN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-8331

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/07/2004 and was confirmed 12/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 10/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL             CURRENT MORTG          .00           .00           .00
WELLS FARGO AUTO FINANCE      SECURED           5390.30        808.43       5390.30
WELLS FARGO AUTO FINANCE      UNSECURED       NOT FILED           .00           .00
WELLS FARGO AUTO FINANCE      SECURED           5300.00        689.21       5300.00
WELLS FARGO AUTO FINANCE      UNSECURED         3703.85           .00        370.39
EMC MORTGAGE                  CURRENT MORTG          .00           .00           .00
EMC MORTGAGE                  MORTGAGE ARRE    2823.17            .00       2823.17
CAPITAL ONE                   UNSECURED       NOT FILED           .00           .00
CHECK N GO                    UNSECURED       NOT FILED           .00           .00
ROUNDUP FUNDING LLC           UNSECURED         437.38            .00         43.19
HOUSEHOLD BANK                UNSECURED       NOT FILED           .00           .00
ONE IRON VENTURE              UNSECURED       NOT FILED           .00           .00
ORCHARD BANK                  UNSECURED       NOT FILED           .00           .00
PAYDAY LOAN STORE             UNSECURED       NOT FILED           .00           .00
RICKENBACKER                  UNSECURED       NOT FILED           .00           .00
VIKING COLLECTION SERVIC      UNSECURED       NOT FILED           .00           .00
E R SOLUTIONS INC             UNSECURED         137.68            .00         13.77
RESURGENT ACQUISITION LL      UNSECURED OTH    216.96             .00         21.43
WASHINGTON MUTUAL             MORTGAGE ARRE    594.12             .00        594.12
ROBERT J SEMRAD & ASSOC       DEBTOR ATTY     3,210.20                      3,210.20
TOM VAUGHN                    TRUSTEE                                       1,142.80
DEBTOR REFUND                 REFUND                                           92.99

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                20,500.00

PRIORITY                                             .00
SECURED                                        14,107.59
    INTEREST                                    1,497.64

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 37361 ESSIE BOGAN
```

```
UNSECURED                                                        448.78
ADMINISTRATIVE                                                 3,210.20
TRUSTEE COMPENSATION                                           1,142.80
DEBTOR REFUND                                                     92.99
                                        ---------------   ---------------
TOTALS                                        20,500.00         20,500.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/28/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE